UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

      Plaintiff,

v.

ANTHONY SHARPE,

      Defendant.

Case No. 26-cr-20112
Hon. Matthew F. Leitman

_____/

## ORDER REQUIRING APPEARANCE OF MEDICAL PROFESSIONAL AT FORTHCOMING STATUS CONFERENCE

Defendant Anthony Sharpe is a pre-trial detainee currently being held at the Federal Correctional Institution in Milan, Michigan (the "Milan Detention Center"). On December 15, 2025, Magistrate Judge David Grand issued an order requiring that Sharpe be detained prior to trial. (*See* Order, ECF No. 17.)  Sharpe has now filed a motion to revoke that detention order. (*See* Mot., ECF No. 30.)  In that motion, Sharpe reports to the Court that he has been diagnosed with several medical conditions, including severe heart, kidney, and blood pressure issues. (*See id.*)  The Court held a hearing on Sharpe's motion on April 13, 2026.

In his motion, Sharpe has serious concerns about whether his conditions are being treated appropriately at the Milan Detention Center.  In order to assess those

1

contentions, it is essential that the Court hear directly from a member of the medical staff at the Milan Detention Center concerning the following issues:

- How the Milan Detention Center has assessed Sharpe's medical conditions;

- The treatment Sharpe is currently being provided; and

- The plans for providing ongoing treatment to Sharpe, including possible surgical intervention, going forward.

Accordingly, the Court hereby **ORDERS** a medical professional from the Milan Detention Center to appear at a virtual status conference with the Court and counsel.  That medical professional shall be prepared to discuss the three items related to Sharpe's medical care and treatment identified above.  The conference will take place on **Thursday, April 16, 2026, at 2:00 p.m.**

  **IT IS SO ORDERED**.

       s/Matthew F. Leitman
       MATTHEW F. LEITMAN
       UNITED STATES DISTRICT JUDGE
Dated:  April 13, 2026

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 13, 2026, by electronic means and/or ordinary mail.

       s/Holly A. Ryan
       Case Manager
       (313) 234-5126

2