**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANTHONY SHARPE,

        Defendant.

Case No. 26-cr-20112
Hon. Matthew F. Leitman

_____/

**ORDER TEMPORARILY MODIFYING DETENTION
ORDER AND GRANTING LIMITED RELEASE ON BOND**

The Court hereby orders the following temporary modification of Defendant Anthony Sharpe's ("Sharpe") order of detention, ECF No. 17, to include the following:

- Sharpe shall be temporarily released from his order of detention only to allow for Keondra Collins to transport him to and from his medial appointment with Dr. George Dirani at 27483 Dequindre Rd, Suite 104, Madison Heights, MI, 48071 on July 1, 2026.

- The appointment is scheduled for 9:30 a.m. Accordingly, Sharpe shall be temporarily released from custody on July 1, 2026, by no later than 7:30 a.m. and must go directly (no stops are permitted) to his appointment at Millenium Cardiology, transported by Keondra Collins.

- Keondra Collins must transport Sharpe back directly (no stops are permitted) to FCI Milan immediately after the completion of the appointment.

- During this period of limited release, Sharpe is not permitted to go anywhere other than Millenium Cardiology.

- Upon Sharpe's return to FCI Milan, his temporary release is terminated.

- Sharpe must not contact, directly or indirectly, or otherwise interact with the witnesses in this case, including B.A. and T.H., while on temporary release.

- Sharpe must not violate a federal, state, or local law while on temporary release.

- Sharpe must not possess a firearm, destructive device, or other dangerous weapon while on temporary release.

- Sharpe shall not use or unlawfully possess any controlled substances or alcohol while on temporary release, unless prescribed by a licensed medical practitioner. If Sharpe uses a controlled substance prescribed by a licensed medical practitioner while on temporary release, he must disclose that use to FCI Milan immediately upon his return.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 25, 2026

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 25, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126