UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 26-cr-20112
Hon. Matthew F. Leitman

v.

ANTHONY SHARPE,

Defendant.
______________________________________________________________________/

**ORDER GRANTING EMERGENCY MOTION FOR TEMPORARY RELEASE FROM CUSTODY TO ATTEND FUNERAL**

Defendant Anthony Sharpe, having filed an emergency motion for temporary release from custody to attend funeral, and the Court having been duly advised in the premises;

**IT IS HEREBY ORDERED** that the motion for temporary release from custody is **GRANTED** for the reasons stated in the motion.

**IT IS FURTHER ORDERED** that Defendant be permitted to leave the St. Clair County Jail on Saturday, November 14, 2026, at 7:00 a.m., in order to attend the funeral of his Uncle Gregory Moore Sr. Defendant shall return to the St. Clair County Jail on November 14, 2026, no later than 7:00 p.m. During his period of temporary release, Defendant shall travel directly from the St. Clair County Jail to the site(s) of the funeral and any associated ceremonies (e.g., burial, wake, visitation, etc.) and shall not stop at any place not connected to the funeral or associated

ceremonies. Likewise, at the conclusion of the funeral and associated ceremonies, Defendant shall return directly to the St. Clair County Jail without stopping at any place not connected to the funeral or associated ceremonies.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 2, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 2, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126